ROBERT PETERSON #1173097
Lovelock Correctional Center
1200 Prison Road
Lovelock, Nevada

PLAINTIFF In Pro Se

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

* * * * *

ROBERT PETERSON (P),

-vs-

Tim GARRETT, et al., (D).

Case No. 3:23-CV-00016-ART-CLB

MOTION FOR
ENLARGEMENT OF TIME
(First Request)

COMES NOW PLAINTIFF, ROBERT PETERSON, in pro se, and submits his Motion for Enlargement of Time (First Request), moving the Court to grant him an additional 7 days, to and including JAN. 1st, 2024, in which to file and serve his REPLY FOR MOTION TO DISMISS. Such is currently due by DEC. 25th, 2023. This is PLAINTIFF's first request for an extension in this matter.

This motion is based upon LR 6-1 and LR 7-2; all documents and papers on file herein; and the attached affidavit.

Dated this 14th day of DEC., 2023.

Robert Peterson
Robert Peterson   #1173097
Lovelock Correctional Center
1200 Prison Road
Lovelock, Nevada  89419

Plaintiff In Pro Se

LCC LL FORM 36.048

Affidavit of **DUE DILIGENCE** In Support of Motion

STATE OF NEVADA )
) ss:
COUNTY OF PERSHING )

COMES NOW, **ROBERT PETERSON**, who first being duly sworn and on my own oath, do hereby depose and state the following:

(1) I am **ROBERT PETERSON**, ___ Petitioner **X** Plaintiff in the foregoing action, and am over the age of 18 and am fully competent to testify to all matters set forth herein, which are of my own knowledge.

(2) I seek an enlargement of time herein for the following reasons:

**DUE TO THE LAW LIBRARY SCHEDULE, I MUST WAIT TO GET A COPY OF CERTAIN NEEDED CASE LAW.**

(3) I believe that the amount of time sought for enlargement should be sufficient for me to prepare the pleading/motion/response at bar.

(4) This motion is made in good faith, and is not interposed for purposes of delay or any other undue motive, but so that justice may be had.

Dated this **14th** day of **DEC**, 20**23**.

_Robert Peterson_
Robert Peterson  #1173097
Lovelock Correctional Center
1200 Prison Road
Lovelock, Nevada  89419

Affiant In Pro Se

**VERIFICATION UNDER PENALTY OF PERJURY**

I do verify under the penalty of perjury that the foregoing is true and correct, and is made without notary pursuant to 28 U.S.C. Sec. 1746.

_Robert Peterson_
Robert Peterson

- Affidavit -

The deadline to respond to the motion to dismiss is now January 2, 2024.
IT IS SO ORDERED.
Dated: December 15, 2023.

_____
UNITED STATES MAGISTRATE JUDGE